Evan J. Smith (SBN242352)
BRODSKY & SMITH, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
esmith@brodskysmith.com

*Attorneys for Plaintiff*

*[Additional Counsel Appears on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN NOYES, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:18-cv-01645-WHO |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(i)** |
| SIGMA DESIGNS, INC., ELIAS NADER, J. MICHAEL DODSON, MARTIN MANNICHE, THINH TRAN, PETE THOMPSON, and SILICON LABORATORIES INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff  Ann Noyes ("Plaintiff") hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to  claims on behalf of the putative class in the Action.  No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: May 16, 2018                              **BRODSKY & SMITH, LLC**

                                          By:  /s/ Evan J. Smith
                                               Evan J. Smith (SBN242352)
                                               9595 Wilshire Boulevard
                                               Suite 900
                                               Beverly Hills, CA 90212
**OF COUNSEL:**                                Tel: (877) 534-2590
                                               Fax: (310) 247-0160
**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL